No. 107. MALFI v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Jacob Kossman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 109. ATWOOD ET AL. v. KERLIN. C. A. 2d Cir. Certiorari denied. Petitioners *pro se. MacIlburne Van Voorhies* for respondent. 

No. 113. NATIONAL LABOR RELATIONS BOARD v. CLEAVER-BROOKS MFG. CORP. C. A. 7th Cir. Certiorari denied. *Solicitor General Rankin, Jerome D. Fenton, Thomas J. McDermott* and *Dominick L. Manoli* for petitioner. *Victor M. Harding* for respondent. 

No. 116. LOUISIANA EX REL. HOLIFIELD v. SEWERAGE AND WATER BOARD OF NEW ORLEANS. Court of Appeal for the Parish of Orleans, Louisiana. Certiorari denied. *James B. O'Neill* for petitioner. 

No. 118. GINSBURG v. STERN ET AL., JUSTICES OF THE SUPREME COURT OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied. *Paul Ginsburg* for petitioner. *Anne X. Alpern,* Attorney General of Pennsylvania, and *Harry J. Rubin,* Deputy Attorney General, for respondents. *Elder W. Marshall* and *Carl E. Glock, Jr.* for Stern et al., respondents. 

No. 121. 396 CORP. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Frank J. Donner, Arthur Kinoy* and *Marshall Perlin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *Harold S. Harrison* for the United States. 
